**Lotus Grain & Coal Company, appellee, v. L. E. Zimmer, appellant.**
Action for damages for breach of contract for the sale of corn to
plaintiff. Judgment for plaintiff upon a second trial after reversal
of a judgment for defendant on a directed verdict. Appeal from the
Circuit Court of Champaign county; the Hon. Franklin H. Boggs,
Judge, presiding. Heard in this court at the October term, 1921.
Affirmed. Opinion filed January 4, 1922.
Green & Palmer, for appellant; William G. Palmer and Oris Barth,
of counsel. Dobbins & Dobbins, for appellee.
Mr. Justice Heard delivered the opinion of the court.